UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-572-VBF (SP) | Date | July 19, 2012 |
|---|---|---|---|
| Title | Judy M. Noble v. Michael J. Astrue, Comm'r of Soc. Sec. Admin. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly I. Carter | None Appearing | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                        Attorneys Present for Defendant:

None Appearing                                                    None Appearing

**Proceedings:**     **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed For Failure to Prosecute**

On April 24, 2012, plaintiff filed a complaint against defendant Michael J. Astrue, seeking a review of a denial of Disability Insurance Benefits. On April 30, 2012, the court issued its Case Management Order, which ordered, inter alia, plaintiff to promptly serve the summons and complaint on the Commissioner in the manner required by Federal Rule of Civil Procedure 4(i) and 20 C.F.R. § 423.1. Case Management Order ¶ 1, Apr. 30, 2012, ECF No. 6. The court further directed plaintiff to electronically file a proof of service showing compliance with this paragraph within twenty-eight days after the filing of the complaint. *Id.*

Because plaintiff filed the complaint on April 24, 2012, the proof of service was therefore due on May 22, 2012. That time has now passed, and the court has not received a proof of service or any other communication from plaintiff. Thus, it appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

Accordingly, plaintiff is ordered to show cause no later than **August 3, 2012**, why this case should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by filing, not later than **August 3, 2012**, a proof of service in compliance with the court's Case Management Order.

**The court warns plaintiff that failure to respond to the Order to Show Cause by August 3, 2012, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**