1

2
JS-6
3

4

5

6

7

8
## UNITED STATES DISTRICT COURT
9
### CENTRAL DISTRICT OF CALIFORNIA
10

11  JUDY M. NOBLE,                        )  Case No. ED CV 12-572-SP
                                         )
12                  Plaintiff,            )
                                         )  **JUDGMENT**
13            v.                          )
                                         )
14  MICHAEL J. ASTRUE,                    )
    Commissioner of Social Security       )
15  Administration,                       )
                                         )
16                  Defendant.            )
                                         )
17  _____ )

18       Pursuant to the Memorandum Opinion and Order filed contemporaneously

19  with the filing of this Judgment,

20       IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

21  Social Security Administration is **AFFIRMED** and this action is dismissed with

22  prejudice.

23

24  Dated: January 28, 2013

25                                         _____
                                           SHERI PYM
26                                         United States Magistrate Judge

27

28